**J. Angel MARTINEZ, d/b/a Martinez and Associates, Appellant,**

v.

**Krista KROHNE, Respondent.**

**No. WD 45469.**

Missouri Court of Appeals,
Western District.

Submitted July 8, 1992.

Decided Aug. 25, 1992.

James F. Freeman, III, Moore & Bucher, P.C., Kansas City, for appellant.

Mark A. Hubbard, Law Office of Farley & Hubbard, Platte City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

Appellant brought an action for breach of a construction contract. The trial court found for defendant-respondent Krohne on appellant's claim, and awarded Krohne damages in the amount of $1,000.00 on her

 

counterclaim for breach of contract. Plaintiff Martinez appeals the judgment.

Judgment is affirmed. Rule 84.16(b)